UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMICA MUTUAL INSURANCE CO.<br>a/s/o NICHOLAS NIGRO<br>    *Plaintiff*,<br><br>v.<br><br>ROBERT BOSCH LLC and BSH HOME<br>APPLIANCES CORPORATION<br>    *Defendant*. | :<br>:<br>:<br>:<br>:<br>:    C.A. No.:  2:22-cv-9900<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

TO:    The Chief Judge and Judges of the United States District Court for the District of Connecticut

Defendant BSH Home Appliances Corporation ("BSH") hereby files this Notice of Removal of the captioned action from the Superior Court, Judicial District of Hartford, State of Connecticut, to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  In support of its Notice of Removal, BSH states as follows:

    1.    On July 5, 2022, BSH was served with the Plaintiff's Summons (attached as ***Exhibit A***) and Complaint (attached as ***Exhibit B***) via certified mail by a Connecticut State Marshal to 1901 Main Street, Suite 900, Irvine, CA 92614 (see Return of Service is attached as ***Exhibit C***, and USPS Tracking Number confirming the July 5, 2022 delivery date, attached as ***Exhibit D***).

    2.    On June 30, 2022, the Plaintiff filed its Complaint in Connecticut State Court (see State Court Docket, attached as ***Exhibit E***).

    3.    Plaintiff alleges that it is a Rhode Island company with a principal place of business in Lincoln, Rhode Island, and is licensed to issue insurance policies in Connecticut. ***Exhibit B*** at ¶1. Plaintiff's claim pertains to a homeowner's policy for real property located in West Simsbury, Connecticut. *See* ***Exhibit B*** at ¶4.

4. BSH is a Delaware corporation with a principal place of business in Irvine, California. BSH is a wholly-owned subsidiary of BSH Hausgeräte GmbH, a German corporation with a principal place of business in Munich, Germany

5. On information and belief, Defendant Robert Bosch LLC is a Michigan corporation with a principal place of business located in Farmington, Michigan. *See* ***Exhibit B*** at ¶2.

6. Federal jurisdiction exists pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and the Defendants and the amount in controversy, exclusive of interest and costs, exceeds $75,000. The action is removable pursuant to 28 U.S.C. § 1441(b) because none of the Defendants is a citizen of Connecticut.

7. The amount in controversy exceeds $75,000, exclusive of interests and costs, due to the seriousness of Plaintiff's claimed damages. The Complaint expressly alleges damages in the amount of $89,989.30. *See* ***Exhibit B*** at ¶¶ 10, 15, 19.

8. Removal is timely because the Notice of Removal has been filed within thirty (30) days of BSH receiving the notice of Summons and Complaint. *See* U.S.C. § 1446(b).

9. All defendants consent to this Notice of Removal. (Robert Bosch LLC's consent to Removal is attached hereto as ***Exhibit F***. The State Court docket number appears on this filing).

10. Copies of all process, pleadings and orders received by the Defendants are attached hereto as ***Exhibits A-C***.

11. A stamped copy of this Notice of Removal will promptly be filed with the clerk of the Superior Court, Judicial District of Hartford, Connecticut, and served on Plaintiff pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal to the Hartford Superior Court (without attachments) to be filed and served is attached hereto as ***Exhibit G***.

12. The Civil Action Cover Sheet is attached hereto as ***Exhibit H***.

**NON-WAIVER OF DEFENSES**

13. By removing this action, BSH does not waive any defenses available to it in federal or state court, and expressly reserves the right to assert all such defenses in its responsive pleading.

14. By removing this action from the Superior Court of Hartford, Connecticut, BSH does not admit any of the allegations in Plaintiff's Complaint.

15. BSH filed or caused to be filed a copy of this Notice of Removal upon Plaintiff, Robert Bosch LLC, and with the Hartford Superior Court.

WHEREFORE, BSH respectfully request removal of the above-captioned matter from the Hartford Superior Court, Connecticut, to the United States District Court for the District of Connecticut.

DATED: August 3, 2022

    Respectfully Submitted,

    The Defendant
    **BSH HOME APPLIANCES CORPORATION**
    By its Attorneys,

    CAMPBELL CONROY & O'NEIL, P.C.

    */s/ Curtis A. Berglund*
    James M. Campbell, ct #09276
    jmcampbell@campbell-trial-lawyers.com
    Curtis A. Berglund, ct #29058
    cberglund@campbell-trial-lawyers.com
    20 City Square, Suite 300
    Boston, MA 02129
    T: (617) 241-3000

## **CERTIFICATE OF SERVICE**

      I, Curtis A. Berglund, counsel for defendant, BSH Home Appliances Corporation, hereby certify that on this 3rd day of August 2022, I electronically filed the foregoing, ***Notice of Removal***, with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF. Said document was also sent via U.S. First Class Mail and Electronic Mail to the following counsel of record:

Mara E. Finkelstein, Esq.
Sloane and Walsh LLP
148 Eastern Boulevard, Ste 105
Glastonbury, CT 06033

***Counsel for Plaintiff***

Robert Bosch LLC
c/o Secretary of State of Connecticut
165 Capitol Avenue
Hartford, CT 06106

Robert Bosch LLC
c/o Registered Agent
38000 Hills Tech Drive
Farmington Hills, MI 48331

                                                  */s/ Curtis A. Berglund*
                                                  Curtis A. Berglund